Scott Lieske, Esq. #016250
Rachel Flinn #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorneys for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**RICHARD C STEVENS**,<br><br>                Debtor(s). | Chapter 13<br><br>Case No. 2:13-bk-08707-BKM<br><br>**TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT** |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P., moves the Court to allow him to pay the Court unclaimed funds. The Trustee issued a check totaling **$10.73** to the Debtor(s) but the check had not been cashed by the Debtor(s).

The Trustee has attempted to contact Debtor(s) at their/his last known address of PO BOX 35006 PHOENIX, AZ 85069, but those attempts have been unsuccessful. Additional attempts to contact Debtor(s) via telephone, email and correspondence have been unsuccessful and mail has been returned from the United States Post Office without a forwarding address.

/./././

                              Scott Lieske, Esq. ABN 016250
                              Rachel Flinn, Esq. ABN 027000
                              Staff Attorneys for Chapter 13 Trustee
                              *slieske@ch13bk.com*
                              *rflinn@ch13bk.com*

# CERTIFICATE OF MAILING

I, Becky Kahlstorf, do hereby certify that a copy of the **Motion** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

RICHARD C STEVENS
PO BOX 35006
PHOENIX, AZ 85069
Debtor(s)

NATHAN J BRELSFORD
Piekarski & Brelsford, P.C.
2633 E Indian School Road
Suite 460
PHOENIX, AZ 85016
Attorney for Debtor(s)

Becky Kahlstorf
*bkahlstorf@ch13bk.com*